JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTURO RODRIGUEZ, | ) Case No. ED CV 13-958-JFW (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA RURAL LEGAL ASSISTANCE, INC., et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: August 8, 2014

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE